**UNITED STATES of America,**
**Appellee,**

v.

**Todd BRAVE CROW, Appellant.**

No. 05–3968.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 19, 2006.

Filed: Oct. 20, 2006.

Mikal G. Hanson, U.S. Attorney's Office, Pierre, SD, John Joseph Ulrich, Jan Leslie Holmgren, U.S. Attorney's Office, Sioux Falls, SD, for United States of America.

Todd Brave Crow, Florence, CO, pro se.

Jodi Lynn Brown, Brown Law Office, Aberdeen, SD, for Todd Brave Crow.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Todd Brave Crow pleaded guilty to assault resulting in serious bodily injury, and was sentenced to 33 months in prison and 3 years of supervised release. After Brave Crow began serving his supervised release, the probation officer petitioned for revocation, alleging that Brave Crow had violated his release conditions. Brave Crow admitted violating the conditions of his supervised release as alleged. At a subsequent revocation hearing, the district court[1] revoked supervised release and imposed a new sentence of 24 months in prison, commenting on the Chapter 7 Guidelines recommended range, Brave Crow's prior and current supervised release violations, and his failure to pay restitution, and also noting that due to his record leniency was not appropriate. Brave Crow appeals his revocation sentence.

The revocation sentence was within authorized limits, and the district court considered appropriate factors in imposing it. *See* 18 U.S.C. §§ 3553(a), 3583(e)(3). We conclude that Brave Crow's sentence is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

Accordingly, we affirm.

[1]. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.